JENNIFER PAFITI, State Bar No. 282790
jpafiti@pomlaw.com
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
*Attorney for Plaintiff*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIA FERNANDES, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTESSA PHARMACEUTICALS PLC, SAURABH SAHA, GREGORY WEINHOFF, MARELLA THORELL, FRANCESCO DE RUBERTIS, ARJUN GOYAL, AARON KANTOFF, BRETT ZBAR, MARY LYNNE HEDLEY, SAMARTH KULKARNI, CAROL STUCKLEY, and ROBERT CALIFF,<br><br>    Defendants. | Case No.: 2:22-cv-07030-CAS-Ex<br><br>**ORDER TRANSFERRING ACTION TO SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. 1404(A)** |

The Court, having read and considered the parties' Stipulation Transferring Action to Southern District of New York Pursuant to 28 U.S.C. § 1404(a), and in recognition of the forum selection clause set forth in the Articles of Association of Defendant Centessa Pharmaceuticals plc, which provides that "[u]nless the Company by ordinary resolution

[PROPOSED] ORDER TRANSFERRING ACTION TO SOUTHERN DISTRICT OF
NEW YORK PURSUANT TO 28 U.S.C. 1404(A)
CASE NO. 2:22-cv-07030-CAS-E

consents to the selection of an alternative forum in the United States, the United States District Court for the Southern District of New York shall be the exclusive forum for the resolution of any complaint asserting a cause of action arising under the Securities Act or the Exchange Act," and further good cause appearing, rules that the action be transferred to the United States District Court for the Southern District of New York.

**IT IS SO ORDERED**

Dated: October 12, 2022

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE